UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff(s),                      CASE NO. 11-20078

v.

                                       HONORABLE AVERN COHN

D-1, TARIQ MAHMUD, D-2 and
VICTOR JAYASUNDERA,

       Defendant(s).
_____/

**ORDER DENYING MOTIONS**

For the reasons stated on the record on January 11, 2012 the following motions are DENIED,

- Motion in Limine to Preclude Alleged 404(b) Evidence (Doc. No. 69);

- Motion for Additional Discovery (Doc. No. 79);

- Second Motion in Limine to Preclude Alleged 404 (b) Evidence or in the Alternative to Dismiss the Superseding Indictment (Doc. No. 94);

- Motion to Dismiss Count 1 of the First Superseding Indictment as Duplicitous (Doc. No. 96);

- Motion for Bill of Particulars (Doc. No. 97);

- Motion to Compel Discovery (Doc. No. 98);

- Motion to Severance (Doc. 100).

SO ORDERED.

Dated: January 11, 2012        s/Avern Cohn
                                       AVERN COHN
                                       UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 11, 2012, by electronic and/or ordinary mail.

    s/Julie Owens
Case Manager
(313) 234-5160